UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
AUG 14 2025
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                INDICTMENT NO. 25-64-DLB-CJS

SUSANA GABRIEL VASQUEZ

* * * * *

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 1542

On or about September 4, 2021, in Kenton County, in the Eastern District of Kentucky,

**SUSANA GABRIEL VASQUEZ**

willfully and knowingly made a false statement in an application for a passport, with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, specifically, the Defendant provided information about her identity, including her name, date of birth, and place of birth, which she knew to be false, all in violation of 18 U.S.C. § 1542.

## COUNT 2
## 18 U.S.C. § 1028A

On or about September 4, 2021, in Kenton County, in the Eastern District of Kentucky,

**SUSANA GABRIEL VASQUEZ**

knowingly transferred, possessed, and used, without lawful authority, means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, passport fraud, knowing that the means of identification belonged to another actual person, all in violation of 18 U.S.C. § 1028A(a)(1).

**A TRUE BILL**

---
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY